# UNITED STATES DISTRICT COURT
**District of Kansas**
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 2:26-cr-20118-DDC-ADM

**UNDER SEAL**

**GEORGE OLAWUNMI JOHNSON,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**FALSE CLAIM TO UNITED STATES CITIZENSHIP**
**[18 U.S.C. § 911]**

On or about February 22, 2010, in the District of Kansas, the defendant,

**GEORGE OLAWUNMI JOHNSON,**

a citizen of Nigeria and therefore an alien in the United States, falsely and willfully represented himself to be a citizen of the United States.

In violation of Title 18, United States Code, Section 911.

## COUNT 2

**FALSE CLAIM TO UNITED STATES CITIZENSHIP IN ORDER TO VOTE**
**[18 U.S.C. § 1015(f)]**

On or about February 22, 2010, in the District of Kansas, the defendant,

**GEORGE OLAWUNMI JOHNSON**,

an alien in the United States, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote in a Federal, State, and local election.

In violation of Title 18, United States Code, Section 1015(f).

## COUNT 3

**FRAUDULENT ELECTION CONDUCT**
**[52 U.S.C. § 20511(2)(B)]**

On or about November 5, 2024, in the District of Kansas, the defendant,

**GEORGE OLAWUNMI JOHNSON**,

did knowingly and willfully deprive, defraud, and attempt to deprive and defraud the residents of the State of Kansas of a fair and impartially conducted election process by casting a ballot that he knew to be materially false and fraudulent under the laws of the State in which the election was held, that is Johnson cast a ballot which was obtained by falsely certifying that he was eligible to vote when, in fact and as the defendant knew, he was not eligible to vote because he was not a citizen of the United States.

In violation of Title 52, United States Code, Section 20511(2)(B).

## COUNT 4

**VOTING BY AN ALIEN IN A FEDERAL ELECTION**
**[18 U.S.C. § 611]**

On or about November 5, 2024, in the District of Kansas, the defendant,

**GEORGE OLAWUNMI JOHNSON**,

an alien, knowing that he was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of the President, Vice President, Presidential elector, Member of the Senate or Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL.

September 16, 2026
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Larry W. Fadler
LARRY W. FADLER
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: 913-551-6744
Fax: (913) 551-6541
Email: larry.fadler@usdoj.gov
Ks. S. Ct. No. 30243

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**COUNT 1: 18 U.S.C. § 911, FALSE CLAIM TO UNITED STATES CITIZENSHIP**

- Punishable by a term of imprisonment of not more than three (3) years. 18 U.S.C. § 911.
- A term of supervised release of not more than one year. 18 U.S.C. § 3583(b)(3).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100. 18 U.S.C. § 3013(a)(2)(A).

**COUNT 2: 18 U.S.C. § 1015(f), FALSE CLAIM TO UNITED STATES CITIZENSHIP IN ORDER TO VOTE**

- Punishable by a term of imprisonment of not more than five (5) years. 18 U.S.C. § 1015(f).
- A term of supervised release of not more than three years. 18 U.S.C. § 3583(b)(3).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100. 18 U.S.C. § 3013(a)(2)(A).

**COUNT 3: 52 U.S.C. § 20511(2)(B), FRAUDULENT ELECTION CONDUCT**

- Punishable by a term of imprisonment of not more than five (5) years. 52 U.S.C. § 20511.
- A term of supervised release of not more than three years. 18 U.S.C. § 3583(b)(3).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100. 18 U.S.C. § 3013(a)(2)(A).

**COUNT 4: 18 U.S.C. § 611, VOTING BY ALIENS**

- Punishable by a term of imprisonment of up to one year in federal prison. 18 U.S.C. § 611
- A fine not to exceed $100,000. 18 U.S.C. § 3571(b)(5)